

# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2019

No. 04-18-00896-CV

**IN RE D. H., A CHILD,**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02676
The Honorable Linda A. Rodriguez, Judge Presiding

## O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. Appellant's brief was due to be filed on January 3, 2019. On January 7, 2019, Appellant filed a motion for extension of time to file appellant's brief until January 23, 2019. The motion is GRANTED. Given the time constraints governing disposition of this appeal, appellant is advised that further requests for extension of time will be disfavored.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of January, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court